UNITED STATES of America, Plaintiff–Appellee,

v.

Andre S. JOHNSON, Defendant–Appellant.

No. 00–10326.

D.C. No. CR 99–0398–1–SI.

United States Court of Appeals, Ninth Circuit.

Submitted May 17, 2001.*

Decided May 24, 2001.

---

* Tommy G. Thompson is substituted for his predecessor, Donna E. Shalala, as Secretary of Health and Human Services. Fed. R.App. P. 43(c)(2).

* The panel unanimously finds this case suitable

Before SNEED, SILVERMAN, Circuit Judges, and LASNIK,** District Judge.

### MEMORANDUM ***

Andre Johnson appeals his conviction for firearm possession by a felon, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction over this appeal pursuant to 28 U.S.C. § 1291 and we affirm. Because the parties are familiar with the facts, we will not detail them here except as necessary.

Johnson pleaded guilty to Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1). After pleading guilty but prior to being sentenced, Johnson moved to dismiss the case on the ground that 18 U.S.C. § 922(g)(1) is unconstitutional. He argued that Congress had exceeded its power under the Commerce Clause in enacting 18 U.S.C. § 922(g)(1). The district court denied the motion and entered judgment and sentence.

On appeal, Johnson again argues that 18 U.S.C. § 922(g)(1) violates the Commerce Clause of the Constitution. The resolution of this appeal is controlled by our recent decision in *United States v. Davis*, 242 F.3d 1162 (9th Cir.2001), in which we specifically held that 18 U.S.C. § 922(g)(1) does not violate the Commerce Clause. AFFIRMED.

for decision without oral argument. Fed. R.App. P. 34(a)(2).

** The Honorable Robert S. Lasnik, United States District Judge for Western Washington, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.